IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00124-WJM-CBS

BILLY DON HARRIS,
    Plaintiff,
v.

UNITED STATES OF AMERICA,
    Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Harris' "Motion to File a Sur Reply [sic]" (filed June 22, 2011) (Doc. # 30). Pursuant to the Order of Reference dated May 17, 2011 (Doc. # 16) and the memorandum dated June 22, 2011 (Doc. # 31), this matter was referred to the Magistrate Judge. The court having reviewed Mr. Harris' Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Harris' "Motion to File a Sur Reply [sic]" (filed June 22, 2011) (Doc. # 30) is GRANTED and the tendered "Sur Reply to Defendant's Reply to Plaintiff's Response to Motion to Transfer" (Doc. # 30-1) is accepted for filing as of the date of this Order.

    DATED at Denver, Colorado, this 23rd day of June, 2011.

                                           BY THE COURT:

                                           s/Craig B. Shaffer
                                           United States Magistrate Judge